In the Matter of VOLK HOUSE WRECKING COMPANY.— Motion to dismiss appeals granted, with ten dollars costs. Present — Clarke, P. J., Laughlin, Dowling, Page and Shearn, JJ.

FANNIE BLUM v. HARRY GRUMPELT.— Motion to dismiss appeal granted, with ten dollars costs, unless appellant comply with terms stated in order. Present — Clarke, P. J., Laughlin, Dowling, Page and Shearn, JJ.

JENNIE G. BUCKLEY and Others v. IDA BEAVER, Impleaded, etc.— Motion to dismiss appeal granted, with ten dollars costs. Present — Clarke, P. J., Laughlin, Dowling, Page and Shearn, JJ.

JOSEPH BOSS v. J. HERBERT HUTCHINSON.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Laughlin, Dowling, Page and Shearn, JJ.

ARTHUR PIETSCH v. PEERLESS PRINTING COMPANY.— Motion to dismiss appeal granted, with ten dollars costs. Present — Clarke, P. J., Laughlin, Dowling, Page and Shearn, JJ.

MAX GORDON v. ISIDORE BIKOFF, Impleaded, etc.— Motion to dismiss appeal granted, with ten dollars costs. Present — Clarke, P. J., Laughlin, Dowling, Page and Shearn, JJ

WILLIAM F. TITUS and Others v. CLARA D. DU BOIS, Impleaded, etc.— Motion to dismiss appeal granted, with ten dollars costs. Present — Clarke, P. J., Laughlin, Dowling, Page and Shearn, JJ.

In the Matter of ABRAM KAPLAN, etc., Deceased.— Motion to dismiss appeal granted, with ten dollars costs. Present — Clarke, P. J., Laughlin, Dowling, Page and Shearn, JJ.

NEU-LIFE FOOD COMPANY v. THOMAS WATTS and Others.— Motion to dismiss appeal granted, with ten dollars costs. Motion to dispense with printing denied, with ten dollars costs. Present — Clarke, P. J., Laughlin, Dowling, Page and Shearn, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. JOSEPH MURPHY.— Motion to dismiss appeal granted. Present — Clarke, P. J., Laughlin, Dowling, Page and Shearn, JJ.

In the Matter of JOHN L. ENGLISH and Others.— Motion to dismiss appeal granted, with ten dollars costs. Present — Clarke, P. J., Laughlin, Dowling, Page and Shearn, JJ.

ISAAC DINKELSPIEL and Others, v. SOL BRILL.— Application denied, with ten dollars costs. Order signed. Present — Clarke, P. J., Laughlin, Dowling, Page and Shearn, JJ.

H. G. VOGEL COMPANY v. MCHARG-BARTON COMPANY.— Application denied, with ten dollars costs. Order signed. Present — Clarke, P. J., Laughlin, Dowling, Page and Shearn, JJ.

JOSEPH SHAMES v. WILLIAM M. BARRETT, as President, etc.— Motion granted. Present — Clarke, P. J., Laughlin, Dowling, Page and Shearn, JJ. Order to be settled on notice.

ABRAHAM GLANZER and Others v. THE J. K. ARMSBY COMPANY.— Application denied, with ten dollars costs. Order signed. Present — Clarke, P. J., Laughlin, Dowling, Page and Shearn, JJ.